UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 11-5017-9 |
| HEATHER DOCKERY | : | ORDER |

This matter having come before the Court upon the application of the United States of America (Robert G. Marasco, Assistant U.S. Attorney, appearing) for an Order withdrawing an Arrest Warrant for defendant Heather Dockery on the basis that defendant Dockery has agreed to voluntarily surrender, and that a summons will be issued requiring defendant Dockery's appearance on the pending charge against her, and for good cause shown,

IT IS, on this ___11___ day of May 2011,

ORDERED that the Arrest Warrant previously issued for Defendant Heather Dockery be and hereby is withdrawn without prejudice so as to permit defendant Dockery to voluntarily surrender.

HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge